IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LATOYA THOMAS                                                              PLAINTIFF

v.                              No. 4:13-cv-575-DPM

CROTHALL HEALTHCARE, INC.;
MARK CROWDER; GREGORY MILLER;
and DAVE SUBIN                                                             DEFENDANTS

JUDGMENT

Thomas's claims against Miller and Crowder were dismissed without prejudice. № 19. Thomas's claims against Crothall Healthcare and Subin are dismissed with prejudice pursuant to the parties' stipulation.

_____
D.P. Marshall Jr.
United States District Judge

21 October 2014